

FILED
MAY - 9 2016
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

In re:
   HAROLD L. ROSBOTTOM, JR.   )   Case No. 09-11674
      DEBTOR   )   Chapter 11
                                 )
                                 )
   GERALD H. SCHIFF   )   Judge Norman
      Trustee   )

### NOTICE OF APPEAL

Notice is hereby given that Harold L. Rosbottom, Jr., Debtor, Appellant hereby appeals the United States Bankruptcy Court from the Order Denying Motions for Stay of Order Confirming Chapter 11 Plan (Dockets Nos. 1942 & 1975), filed by the Debtor on February 16, 2016 and April 25, 2016, entered for the record in the above action on April 27, 2016.

Respectfully submitted,

Harold L. Rosbottom, Jr.
pro se Debtor
#15647-035
Federal Prison Camp
P.O. Box 1000
Butner, NC 27509

SO ORDERED.

DONE and SIGNED April 27, 2016.



_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Harold L. Rosbottom, Jr., | § | Case Number: 09-11674 |
| | § | |
| Debtor | § | Chapter 11 |

### ORDER DENYING MOTIONS FOR STAY OF ORDER
### CONFIRMING CHAPTER 11 PLAN

This matter is before the Court on the Motions for Stay of Order Confirming Chapter 11 Plan of Reorganization Pending Resolution of Proceedings (Docket Nos. 1942 and 1975), filed by the debtor on February 16, 2016, and April 25, 2016. For the following reasons, the motions are denied.

The debtor seeks to stay the order confirming the Chapter 11 which was entered May 1, 2013 (Docket No. 1745). That order was entered approximately three years prior to the filing of the instant motions. The debtor timely filed a notice of appeal (Docket No. 1749) of the

confirmation order on May 3, 2013; however, the appeal was dismissed on August 14, 2013, for failure of the debtor to prosecute. Therefore, the confirmation order is final and not subject to further appeals.

Stays can be granted on a limited basis by a bankruptcy court. A bankruptcy court may issue a stay pending appeal. Fed. R. Bankr. P. 8005. The automatic stay can be extended or imposed pursuant to 11 U.S.C. § 362(c)(3) and (4). A party may request the court stay the administration of the case or any proceeding therein, pending resolution of an abstention motion. Fed. R. Bankr. P. 5011(c). A bankruptcy court may also stay a proceedings until a venue determination can be made by the proper court. Fed. R. Bankr. P. 1014(b).

With few exceptions, a judgment is stayed for fourteen days from its entry, and no execution or other proceedings to enforce it may be taken. Fed. R. Civ. P. 62(a) (made applicable via Fed. R. Bankr. P.7062). The stay gives time for parties to file notices of appeal or post-trial motions. The court may issue a stay for motions under Fed. R. Civ. P. 50, 52(b), 59, and 60, on appropriate terms for the opposing party's security. Fed. R. Civ. P. 62(b)(1)–(4). However, a request to stay judgment should be carefully scrutinized to ensure that the party who is proscribed from executing or enforcing is adequately protected (e.g., by a bond to guarantee payment if the post-trial motion is ultimately unsuccessful).

The debtor seeks to stay an order that is over three years old, which was appealed, and which appeal was dismissed for lack of prosecution. The confirmation order cannot be appealed further. The debtor's request is first and foremost untimely. Additionally, the plan in this case has been substantially completed and the Court is not aware of any possible relief that it can proscribe that will protect all parties who would be proscribed from executing or enforcing the confirmation order. The Fifth Circuit has also stated that "equity aids the vigilant and not those who slumber

on their rights." *National Assoc. of Government Employees v. City Public Service Board of San Antonio*, 40 F.3d 698, 708 (5th Cir. 1994).

**THEREFORE, IT IS ORDERED** that the Motions for Stay of Order Confirming Chapter 11 Plan (Docket Nos. 1942 and 1975) are denied.

###

## AFFIDAVIT

I, Harold L. Rosbottom, Jr., pro se litigant, an inmate at Federal Prison Camp in Butner, NC Register #15647-035, declare under penalty of perjury under the laws of the United States Of America, that I delivered the _Notice of Appeal of Order Denying Motions for Stay_ to this Court on _May 6_, 2016, by depositing the _Notice of Appeal_ in the legal mailbox at Federal Prison Camp Butner on _May 6_, 2016 with First Class postage prepaid.

Signed on this _6th_ day of _May_, 2016.

_[signature]_
Harold L. Rosbottom, Jr.
Register # 15647-035
P. O. Box 1000
Butner, NC  27509

## CERTIFICATE OF SERVICE

I hereby certify that a copy the Notice of Appeal of Order Denying Stay was filed with the United States Bankruptcy Court, Western District of Louisiana, Shreveport Division and served upon identified counsel of record for the parties by United States Mail, first class, postage prepaid, placed in outgoing legal mail at the Federal Prison Camp, Butner, North Carolina, on this the 6th day of May, 2016.

Louis Phillips, Esq.
Kelly Hart & Pitre
One American Place
301 Main Street, Suite 1600
Baton Rouge, Louisiana 70825-0004
Counsel For Gerald H. Schiff, Trustee

R. Joseph Naus, Esq.
Weiner, Weiss & Madison
333 Texas Street, Suite 2350
P. O. Box 21990
Shreveport, Louisiana 71120-1990
Counsel for Leslie Fox

Brent B. Barriere
Fishman Haygood, LLP
201 St. Charles Ave., 46th floor
New Orleans, La. 70170-4600

Harold L. Rosbottom, Jr.
Pro Se

May 6, 2016
Date

Harold Robottom
#15647-035
Federal Prison Camp
P.O. Box 1000
Butner, NC 27509

Edward Takara, Clerk
United States Bankruptcy Court
Western District Louisiana
Shreveport Division
300 Fannin St., Suite 2201
Shreveport, La. 71101

May 6, 2016

Re: Case 09-11674
Chapter 11
Notice of Appeal

Dear Mr. Takara,

  Enclosed is Notice of Appeal from the United States Bankruptcy Court order denying motions for stay of Order Confirming Chapter 11 Plan (Docket Nos. 1942 & 1975) filed by Debtors for February 16, 2016 and April 25, 2016, said Denial entered for the record in the referenced action on April 27, 2016. Please file the Notice of Appeal and conform the enclosed copy of the Notice of Appeal. Please return the file date stamped copy via the enclosed self addressed envelope, prepaid postage, to the undersigned for my records. Your prompt attention is appreciated.

Respectfully Submitted,
Harold Robottom



FEDERAL CORRECTIONAL INST. #1
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

DATE: 5-6-16

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE